TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARK SHARKOZY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA-GEN OPERATING COMPANY, INC., a Domestic Corporation; TERRA-GEN POWER. LLC; a Foreign Corporation; BEOWAWE POWER, LLC, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-00600-JAD-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DICOVERY PLAN AND SCHEDULING ORDER** |

COMES NOW, Plaintiff, by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, by and through their counsel, Bowen Hall, and who do hereby stipulate and agree to extend the time for the parties to file a Discovery Plan and Scheduling Order.

The basis for the request is that Defendant's Motion to Dismiss Plaintiff's Complaint in Part is set for hearing on October 17, 2016, and the parties will benefit from knowing the Court's ruling on the Motion when finalizing the Discovery and Scheduling Order.

///

///

///

///

1

The parties' counsel held an early case conference on October 6, 2016. The parties respectfully request to have up to and including October 17, 2016 to file a proposed Discovery Plan and Scheduling Order.

Dated: October 7, 2016.                    Dated: October 7, 2016

HATFIELD & ASSOCIATES, LTD.                BOWEN HALL

/s/ Trevor J. Hatfield                     /s/ Dan C. Bowen
_____            _____
Trevor J. Hatfield, Esq.                   Dan C. Bowen, Esq.
Nevada Bar No. 7373                        Nevada Bar. No. 1557
703 S. Eighth St.                          Ann O. Hall, Esq.
Las Vegas, NV 89101                        Nevada Bar No. 5447
(702) 388-4469 Tel.                        555 S. Center St.
(702) 386-9825 Fax                         Reno, NV 89501
Email: thatfield@hatfieldlawassociates.com (775) 323-2460 Tel.
Attorneys for Plaintiff                    (775) 786-6631 Fax.
                                           Email: ahall@bowenhall.com
                                           *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 11th day of _____ October __, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

Dated October 7, 2016
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2