```
1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
   (702) 388-4469 Tel.
4  (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK SHARKOZY, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TERRA-GEN OPERATING COMPANY, INC., a Domestic Corporation; TERRA-GEN POWER. LLC; a Foreign Corporation; BEOWAWE POWER, LLC, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:16-cv-00600-JAD-GWF<br><br>STIPULATION AND ORDER VACATING HEARING ON MOTION TO DISMISS AND TRANSFERRING CASE TO THE UNOFFICIAL NORTHERN DISTRICT<br><br>ECF No. 20 |

  COMES NOW, Plaintiff, MARK SHARKOZY, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, above-captioned, by and through their counsel the law firm of Bowen Hall, and record and do hereby stipulate and agree to vacate the hearing scheduled on October 17, 2016 on Defendants' Motion [ECF No. 12] and request that the Motion be considered in Chambers on the papers submitted, or in the alternative continue the hearing at the Court's discretion.

  The basis for the request is that Defendants' counsel resides in Reno, Nevada and Plaintiff's counsel is conflicted on the date of the hearing, October 17, 2016. In addition, the parties' counsel

///

///

1

held a Rule 26(f) Early Case Conference on October 6, 2016, and have agreed that the case should be transferred to the Northern District.

| Dated:  October 7, 2016. | Dated: October 7, 2016 |
|---|---|
| HATFIELD & ASSOCIATES, LTD. | BOWEN HALL |
| /s/ Trevor J. Hatfield | /s/  Dan C. Bowen |
| Trevor J. Hatfield, Esq.<br>Nevada Bar No. 7373<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469 Tel.<br>(702) 386-9825 Fax<br>Email: thatfield@hatfieldlawassociates.com<br>Attorneys for Plaintiff | Dan C. Bowen, Esq.<br>Nevada Bar. No. 1557<br>Ann O. Hall, Esq.<br>Nevada Bar No. 5447<br>555 S. Center St.<br>Reno, NV 89501<br>(775) 323-2460 Tel.<br>(775) 786-6631 Fax.<br>Email: ahall@bowenhall.com<br>*Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation [20] and good cause appearing, IT IS HEREBY ORDERED that this case is returned to the CLERK OF COURT for random REASSIGNMENT to a district and magistrate judge in the unofficial Northern District.  All scheduled hearings are hereby VACATED.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

Dated October 7, 2016.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on the October 7, 2016, I electronically filed the foregoing STIPULATION AND ORDER TO VACATE OCTOBER 17, 2016 HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER TO THE NORTHERN DISTRICT with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this October 7, 2016.                    **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*