UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK SHARKOZY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRA-GEN OPERATING COMPANY, INC., a Domestic Corporation; TERRA-GEN POWER. LLC; a Foreign Corporation; BEOWAWE POWER, LLC, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO: 3:16-cv-00592-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANT TO REPLY** |

COMES NOW, Plaintiff, MARK SHARKOZY, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, above-captioned, by and through their counsel the law firm of Bowen Hall, and record and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF No. 52] and the time for Defendant to Reply to Plaintiff's Response. Accordingly, Plaintiff shall have up to and including August 25, 2017 to respond to Defendants' Motion and Defendants shall have up to and including seven additional days thereafter to file a Reply. The reason that the extension is requested is due to Plaintiff's counsel having been out of his office for the previous week for vacation and due to staff vacations the subsequent week.

///

1

Accordingly, Plaintiff shall have up to and including August 25, 2017 to respond to Defendants' Motion [ECF No. 52] and Defendants are granted an extension to file the reply brief of an additional seven days.

Dated: August 7, 2017.                              Dated: August 7, 2017

HATFIELD & ASSOCIATES, LTD.                         BOWEN HALL

/s/ Trevor J. Hatfield                              /s/ Dan C. Bowen

Trevor J. Hatfield, Esq.                            Dan C. Bowen, Esq.
Nevada Bar No. 7373                                 Nevada Bar. No. 15555
703 S. Eighth St.                                   555 S. Center St.
Las Vegas, NV 89101                                 Reno, NV 89501
(702) 388-4469 Tel.                                 (775) 323-2460 Tel.
(702) 386-9825 Fax                                  (775) 786-6631 Fax.
Email: thatfield@hatfieldlawassociates.com          Email: ahall@bowenhall.com
*Attorneys for Plaintiff*                           *Attorneys for Defendants*

    **IT IS SO ORDERED.**

Dated this 14th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Dated August 11, 2017

**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*