TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK SHARKOZY, an individual, | CASE NO: 3:16-cv-00592-HDM-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| TERRA-GEN OPERATING COMPANY, INC. a Domestic Corporation; TERRA-GEN POWER. LLC; a Foreign Corporation BEOWAWE POWER, LLC, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff MARK SHARKOZY and Defendants TERRA-GEN OPERATING COMPANY, INC.; TERRA-GEN POWER. LLC; BEOWAWE POWER, LLC; by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

///

1

Each party shall bear its own costs and attorney's fees.

Dated this 1st day of June 2018.                    Dated this 1st day of June 2018.

HATFIELD AND ASSOCIATES, LTD                BOWEN HALL

  */s/ Trevor J. Hatfield*                                */s/ Dan C. Bowen*

_____        _____
Trevor J. Hatfield, Esq., NV Bar No. 7373        Dan C. Bowen, Esq., NV Bar No. 1555
703 South Eighth Street                            555 S. Center St.
Las Vegas, Nevada 89101                            Reno, NV 89501
Tel.:  (702) 388-4469                              Tel.:  (775) 323-8678
*Attorneys for Plaintiff*                          *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 4, 2018